UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARQUARION HENDERSON,

       Plaintiff,

v.

JULIE PALMER, et al.,

       Defendants.

_____/

Case No. 22-cv-12322
Honorable Linda V. Parker

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff initiated this pro se civil rights lawsuit on September 30, 2022, against the Michigan Department of Corrections and various individual defendants. The matter has been referred to Magistrate Judge Anthony P. Patti for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 55.)  It is presently before the undersigned on Magistrate Judge Patti's Report and Recommendation (R&R), dated January 31, 2026 (ECF No. 143), addressing Plaintiff's motion for partial summary judgment (ECF No. 101).  Magistrate Judge Patti recommends that the Court deny Plaintiff's motion.

At the conclusion of the R&R, Magistrate Judge Patti advised the parties that they may object to and seek review of the R&R within fourteen days of service upon them. He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Patti. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for partial summary judgment (ECF No. 131) is **DENIED**.

Date: March 3, 2026               s/LINDA V. PARKER
                                        UNITED STATES DISTRICT JUDGE